UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROWE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. CASTRO, et al.,<br><br>　　　　Defendants. | 1:07-cv-01150-GSA-PC<br><br>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER<br><br>(Doc. 35.)<br><br>**New Dispositive Motions Deadline - <u>08-22-2010</u>** |

　　　　Daniel Rowe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 8, 2007. (Doc. 1.) The case now proceeds on Plaintiff's amended complaint filed on May 22, 2008, against defendants M. Castro and K. Frescura ("Defendants") for First Amendment Retaliation. (Doc. 10.)

　　　　On June 15, 2010, Defendants filed a motion to modify the court's scheduling order. (Doc. 35.)

　　　　A court may modify a scheduling order for good cause. Fed.R.Civ.P 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment." <u>Johnson</u>, 975 F.2d at 609. To establish good cause, the party seeking the modification of a scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of the order. <u>Id.</u>

　　　　Defendants seek a sixty-day extension of the dispositive motions deadline which was established by the court's scheduling order of June 2, 2009 and subsequently extended by the court's order of February 18, 2010. (Docs. 21, 30.) The current deadline is June 21, 2010. Defendants request an

1  extension because the case was recently referred to new counsel and more time is needed for the new
2  attorney to familiarize herself with the case and file a motion for summary judgment.  The new attorney
3  is also preparing for a trial in another case scheduled to begin on June 28, 2010 and preparing and
4  defending five client depositions in yet another case.  She has filed a declaration in which she describes
5  her workload and indicates that she cannot meet the current deadline.
6       The court finds that good cause has been presented by Defendants to modify the scheduling
7  order.  Therefore, IT IS HEREBY ORDERED that:
8       1.    Defendants' motion to modify the court's scheduling order is GRANTED; and
9       2.    The deadline for all parties to this action to file pretrial dispositive motions is extended
10          to **August 22, 2010**.
11
12    IT IS SO ORDERED.
13    Dated:   **June 16, 2010**              /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28